### INDICTMENT SYNOPSIS for U.S. v. Shost
### 8:25-cr-94 KKM-LSG (M.D. Fl.)
### 2:25-mj-90-KFW (D. Me.)

| | |
|---|---|
| **Name:** | Jarret Thomas Shost |
| **Address:** (City & State Only) | Sanford, Maine |
| **Year of Birth and Age:** | 2002 / 22 years old |
| **Violations:** | Counts One, Two and Four: Coercion and Enticement of a Minor, in violation of 18 U.S.C. § 2422(b).<br><br>Count Three: Sexual Exploitation of a Minor, in violation of 18 U.S.C. § 2251(a). |
| **Penalties:** | Counts One, Two and Four: A mandatory minimum term of imprisonment of **not less than 10 years** and a maximum term of life imprisonment, a fine of not more than $250,000, or both. *See* 18 U.S.C. § 2422(b); 18 U.S.C. § 3571(b)(3).<br><br>This is a **Class A felony** pursuant to 18 U.S.C. § 3559(a)(1).<br><br>Count Three: A mandatory minimum term of imprisonment of **not less than 15 years** and a maximum term of not more than 30 years, a fine of not more than $250,000, or both. *See* 18 U.S.C. § 2251(e); 18 U.S.C. § 3571(b)(3).<br><br>This is a **Class B felony** pursuant to 18 U.S.C. § 3559(a)(2). |
| **Supervised Release:** | Counts One through Four: Not less than 5 years and up to life. *See* 18 U.S.C. § 3583(k). |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | Counts One, Two and Four: Not more than 3 years per violation, because these are Class A felonies. *See* 18 U.S.C. § 3583(e)(3).<br><br>Count Three: Not more than 2 years per violation, because this is a Class B felony. *See* 18 U.S.C. § 3583(e)(3).<br><br>Counts One through Four: But, if Defendant is required to register under the Sex Offender Registration and Notification Act and commits an offense under chapter 109A, 110, 117, or section 1201 or 1591, for which imprisonment for a term longer than 1 year can be imposed, the Court shall revoke supervised release and impose a term of imprisonment of not less than 5 years. *See* 18 U.S.C. § 3583(k). |

| | |
|---|---|
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | <u>Counts One through Four</u>: Up to life, less any term of imprisonment imposed upon revocation of supervised release. *See* 18 U.S.C. § 3583(h). |
| **Defendant's Attorney:** | Heather Gonzales, Esq. |
| **Primary Investigative Agency and Case Agent Name:** | HSI - SA Joel Braillard |
| **Detention Status:** | Motion for detention filed |
| **Foreign National:** | No |
| **Foreign Consular Notification Provided:** | N/A |
| **County:** | York |
| **AUSA:** | Sheila W. Sawyer |
| **Guidelines apply?   Y/N** | Yes |
| **Victim Case:** | Yes |
| **Corporate Victims Owed Restitution?** | No |
| **Assessments:** | <u>Counts One, Two and Four</u> (Coercion and Enticement of a Minor):<br><br>$100.00. *See* 18 U.S.C. § 3013(a)(2)(A).<br><br>$5,000 if Defendant is found to be non-indigent. *See* 18 U.S.C. § 3014(a)(3).<br><br><u>Count Three</u> (Sexual Exploitation of a Minor):<br><br>$100.00. *See* 18 U.S.C. § 3013(a)(2)(A).<br><br>$5,000 per count if Defendant is found to be non-indigent. *See* 18 U.S.C. § 3014(a)(3).<br><br>Not more than $50,000. *See* 18 U.S.C. § 2259A(a)(3). |